# Exhibit A

*Bryan A. George*

ATTORNEY AT LAW

1011 WEST AVENUE

OCEAN CITY, NEW JERSEY 08226

609-391-8056
FAX (609) 391-7861
bryanageorge@verizon.net



MEMBER OF NJ
AND PA BARS

VIA EMAIL ONLY: jpv@mcandrewvuotto.com
Jonathan P. Vuotto, Esquire.
13 Mt. Kemble Avenue
Morristown, NJ 07960

April 18, 2023

RE:    Nicholas v. Plastino
        Case NO: 23-cv-1259
        My Client: David A. Plastino

Dear Mr. Vuotto:

    Please be advised that I have been retained to represent David A. Plastino regarding the above-referenced matter. I have forwarded our answer, affirmative defenses, and counterclaim to him for review and hope to have it filed shortly with the Court.

    I note that you have forwarded to Mr. Korolishin a Waiver of Service of Summons. I would ask that you forward that Waiver of Service of Summons to my attention. I will sign and have it filed with the Court. There is no need for you to go to the trouble of serving my client.

    Thank you for your time and attention to this matter.

                      Very truly yours,

                      Bryan A. George, Esquire

BAG/bg
cc: Mr. Korolishin, Esq. (Via email)