# Exhibit B

**From:** jpv@mcandrewvuotto.com,
**To:** bryanageorge@verizon.net,
**Subject:** FW: Activity in Case 2:23-cv-01259-MMB NICHOLAS v. PLASTINO Affidavit of Service
**Date:** Fri, May 5, 2023 9:52 am
**Attachments:** Doc. 3 - AOS 4-6-23.pdf (78K)

Bryan:

I did not know at the time that we spoke that your client had already been personally served on April 6, 2023. Attached is the filed affidavit of service.

I received your voicemail message from Wednesday. Please let me know if your client has a proposal to resolve this matter.

Jonathan P. Vuotto, Esq.
McANDREW VUOTTO, LLC
13 Mt. Kemble Avenue
Morristown, New Jersey 07960
Direct: (973) 532-6242
Fax: (973) 538-2103
www.mcandrewvuotto.com