# Exhibit C

**From:** bryanageorge@verizon.net,
**To:** jpv@mcandrewvuotto.com,
**Subject:** Re: Activity in Case 2:23-cv-01259-MMB NICHOLAS v. PLASTINO Affidavit of Service
**Date:** Fri, May 5, 2023 12:02 pm

Yes I will have a proposal to you ,hopefully next week.Enjoy your weekend.