# Exhibit D

**From:** jpv@mcandrewvuotto.com,
**To:** bryanageorge@verizon.net,
**Subject:** RE: Activity in Case 2:23-cv-01259-MMB NICHOLAS v. PLASTINO Affidavit of Service
**Date:** Tue, May 9, 2023 5:25 pm

Bryan:

Please provide either a resolution proposal or an answer to the complaint by Friday, May 12. Thanks.

Jonathan P. Vuotto, Esq.
McANDREW VUOTTO, LLC
13 Mt. Kemble Avenue
Morristown, New Jersey 07960
Direct: (973) 532-6242
Fax: (973) 538-2103
www.mcandrewvuotto.com