# Exhibit E

**From:** bryanageorge@verizon.net,
**To:** jpv@mcandrewvuotto.com,
**Subject:** Re: Activity in Case 2:23-cv-01259-MMB NICHOLAS v. PLASTINO Affidavit of Service
**Date:** Thu, May 11, 2023 11:28 am

I will have the answer filed and I will have a proposal for a global settlement to you soon. I will be away for the next two weeks. So the proposal will be before the end of the month.