Exhibit F

**From:** bryanageorge@verizon.net,

**To:** jpv@mcandrewvuotto.com,

**Subject:** Re: Activity in Case 2:23-cv-01259-MMB NICHOLAS v. PLASTINO Affidavit of Service

**Date:** Fri, May 19, 2023 3:08 pm

Tried to file our answer today and was surprised to see that you entered a default judgement.I told you I would except service as did Mike Korolishin.I was under the impression that I had sixty days to file the answer.You never indicated that you would be filing after twenty one days.Please advise if you will stipulate to the opening of the default.Alternatively I will have to file a motion to set the default aside.Thanks and have a good weekend.

## Bryan A. George, Esquire