LAW OFFICE OF
# GOLDBERG & WOLF, LLC

| | |
|---|---|
| WARREN S. WOLF* <br> JORDAN B. GOLDBERG*+ <br><br> * MEMBER NJ & PA BARS <br> +CERTIFIED BY THE SUPREME COURT OF <br>   NEW JERSEY AS A WORKERS' <br>   COMPENSATION LAW ATTORNEY | 1949 BERLIN ROAD <br> SUITE 201 <br> CHERRY HILL, NEW JERSEY <br> 08003 <br> _____ <br> 856-651-1600 <br> FAX 856-651-1615 |

December 6, 2023

**VIA ECF ONLY**

Honorable Michael M. Baylson, U.S.D.J.
United States District Court
for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

   *Re: Nicholas v. Plastino*
     *Civil Action No. 23-1259*

Dear Judge Baylson:

  We are writing to request a second extension of the deadline contained within the Court's Orders of 11/20/23 and 11/30/23. The parties continue to make progress toward a consensual settlement and jointly request an extension to 12/22/23. We do not anticipate needing any further extensions beyond said date. We will email a proposed order to chambers for the Court's consideration.

  Thank you for Your Honor's consideration of this joint request.

               Respectfully,

               /s/ Warren S. Wolf
               Warren S. Wolf, Esquire

cc: Jonathan P. Vuotto, Esquire, via ECF
   client w/ encl., via email