GOLDBERG & WOLF, LLC
By: Warren S. Wolf, Esquire
1949 BERLIN ROAD, SUITE 201
CHERRY HILL, NEW JERSEY  08003
(856) 651-1600
Attorneys for Defendant
David A. Plastino

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLAVNIA

| | |
|---|---|
| SEAN T. NICHOLAS  Plaintiff, v. DAVID A. PLASTINO  Defendant. | Case No. 23-cv-1259  **ORDER AMENDING ORDERS ENTERED NOVEMBER 20, 2023 AND NOVEMBER 30, 2023** |

**THIS MATTER** having been opened to the Court by a joint request of the parties through a Letter filed on December 6, 2023 by Defendant's counsel, and with the consent of all parties and for such other and further relief as the Court may find just and equitable; and for cause shown;

**IT IS** on this 7th day of December; 2023;

**ORDERED** that the Orders entered on November 20, 2023 and November 30, 2023 are hereby amended to extend the deadline for the filing of the settlement statements required therein to December 22, 2023 and

**FURTHER ORDERED** that this Order shall be deemed served on all parties upon its uploading to ECF.

/s/ Michael M. Baylson
HON. MICHAEL M. BAYLSON, U.S.D.J.