

**McANDREW VUOTTO** LLC
ATTORNEYS AT LAW

Jonathan P. Vuotto, Esq.
jpv@mcandrewvuotto.com
Direct: (973) 532-6242

December 22, 2023

<u>*Via ECF*</u>

Hon. Michael M. Baylson, U.S.D.J.
United States District Court, Eastern District of Pennsylvania
3810 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    **Re:    Nicholas v. Plastino**
           **Case No. 23-cv-1259-MMB**

Dear Judge Baylson:

    This firm represents Sean T. Nicholas ("Plaintiff") in connection with the above-referenced matter.

    Currently pending before the Court is Plaintiff's Motion to Reopen Case to Enforce Settlement. The parties have resolved their dispute and therefore Plaintiff hereby withdraws the pending Motion.

    We thank Your Honor for your assistance with this matter.

               Respectfully submitted,

               Jonathan P. Vuotto

cc:    Warren Wolf, Esq. (via ECF)